BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700 (main)
(916) 554-2900 (facsimile)

**FILED**
JUN 21 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE ) CASE NO. 2 13 - MJ - 0 1 9 5  EFB
APPLICATION OF THE )
UNITED STATES OF AMERICA ) **REQUEST TO SEAL AND**
FOR A CRIMINAL COMPLAINT, ARREST ) **[PROPOSED] ORDER**
WARRANTS, AND A SEARCH WARRANT )
) **UNDER SEAL**
)
)
)
)

### APPLICATION

The United States hereby applies for an order directing that the criminal complaint, the application for search warrant, the supporting affidavit, and search and arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, be kept under seal until further order of the Court. The United States requests that the above-described materials be sealed to preserve the confidentiality of the ongoing investigation described in the affidavit and to prevent individuals form learning of the existence of the warrant and order prior to its execution.

1

WHEREFORE, I respectfully request that the Court issue an order granting this application.

DATED: June 21, 2013

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

TODD A. PICKLES
Assistant United States Attorney

### [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED THAT:

The criminal complaint, the application for search warrant, the supporting affidavit, and search and arrest warrants in the above-titled matter, together with this application, and this Court's sealing order, will be kept under seal until further order of the Court. The executing agents or officers are permitted to provide a copy of the search warrant and the accompanying attachments as required by Federal Rule of Criminal Procedure 41(f).

IT IS SO ORDERED.

DATED: 6-21-2013

HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge